UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARVIN B. PEACOCK,
    Plaintiff,

v.                                         Case No.  8:22-cv-277-WFJ-AEP

VALUE KING DISCOUNT, *et al.*,
    Defendants.
_____/

### ORDER

THIS CAUSE comes before the Court on review of the case file.  On February 4, 2022, the Court dismissed Mr. Peacock's complaint without prejudice as frivolous with leave to amend within twenty-one days. (Doc. 3).  Mr. Peacock was warned that his failure to timely amend the complaint would result in dismissal of the case without further notice.  The order was mailed to Mr. Peacock at his address of record and was not returned undeliverable.  Nonetheless, he did not file an amended complaint.

Accordingly, it is **ORDERED** that this case is **DISMISSED** without prejudice as frivolous. *See* 28 U.S.C. § 1915A(b)(1).  The clerk must enter judgment accordingly and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on March 11, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE